UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Gentlepro Home Health Care, Inc.<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-11377<br><br>Chapter: 11<br>Honorable Janet S. Baer |

## Interim ORDER WAIVING APPOINTMENT OF PATIENT CARE OMBUDSMAN

This matter coming on to be heard on the Motion of Gentlepro Home Health Care, Inc., Debtor and Debtor-in-Possession (hereinafter "Debtor"), to waive the appointment of a patient care ombudsman, due written notice of the Motion having been given to all parties entitled thereto, the court hearing arguments of counsel and being fully advised in the premises:

IT IS HEREBY ORDERED:

1. the Motion is granted *on an interim basis as outlined herein*.
2. the appointment of a patient care ombudsman in this matter is hereby waived, the court finding that appointment of such ombudsman is not necessary for the protection of patients at this time.
3. This Motion is granted on an interim basis and without prejudice. Status on entry of a final order is set for May 25, 2017 at 10:00 a.m.

Enter:

/s/ Janet S. Baer
United States Bankruptcy Judge

Dated: 4-25-17

**Prepared by:**
Joshua D. Greene
Springer Brown, LLC
300 S. County Farm Rd., Suite I
Wheaton, Illinois 60187
(630) 510-0000
jgreene@springerbrown.com

Rev: 20130104_bko