## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: ) | Chapter: | 11 |
| ) | | |
| ) | Case No. | 17 B 11377 |
| Gentlepro Home Health Care, Inc., ) | | |
| ) | Judge: | Hon. Janet S. Baer |
| ) | | |
| Debtor. ) | | |

### NOTICE OF MOTION FOR ENTRY OF FINAL DECREE

TO:  See attached Service List

Please take notice that on **June 20, 2018** at **9:30 a.m.**, I shall appear before the Honorable Judge **Janet S. Baer**, or any judge sitting in her place and stead, in **Courtroom No. 615** in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at **219 South Dearborn St., Chicago, Illinois**, and present Debtor's *Motion for Entry of Final Decree*, a copy of which is hereby served upon you.

Joshua D. Greene
**Springer Brown, LLC**
300 South County Farm Rd., Suite I
Wheaton, IL 60187
630-510-0000
Fax: (630) 510-0004

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on **June 13, 2018**.

/s/ Joshua D. Greene /s/

## Service List

*Via Electronic Service*

Unites States Trustee
Patrick S. Layng
219 South Dearborn St.
Suite 873
Chicago, Illinois 60604


*Via United States Mail*

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Gentlepro Home Health Care, Inc.
2060 East Algonquin Road
Suite 702
Schaumburg, IL 60173-4162

Internal Revenue Service
Mail Stop 5014 CHI
230 S. Dearborn Street
Room 2600
Chicago, IL 60604-1705

AT & T
P.O. Box 8220
Aurora, IL 60572-8220

Accurate Therapy Resources, LLC
34 N. Mill Rd.
Addison, IL 60101-3211

American Express
Box 0001
Los Angeles, CA 90096-8000

Angel Care Nursing & Therapy Servic
5875 N Lincoln Ave LL 49
Chicago, IL 60659-4669

Answer Service Plus
4314 F Crystal Lake Rd
McHenry, IL 60050-4281

Blue Cross Blue Shield of Illinois
300 E Randolph Street
Chicago, IL 60601-5099

CT Care Ltd.
1617 Longmeadows Dr
Glenview, IL 60026-1546

Care Plus Nursing & Rehabilitation
616 N North Court|Ste 270
Palatine, IL 60067-8171

Com Ed
Bill Payment Center
P.O. Box 6111
Carol Stream, IL 60197-6111

Cook County Photocopy Co., Inc.
1600 W Jarvis Ave.
Elk Grove Village, IL 60007-2404

Dependable Fire Equipment
100 N LeBaron Street
Waukegan, IL 60085-3027

Esolutions
P.O. Box 414378
Kansas City, MO 64141-4378

Garvey's Office Products
P.O. Box 6667
Chicago, IL 60680-6667

Gentlepro Hospice Services
2060 E Algonquin Rd
Schaumburg, IL 60173-4162

Home Therapeutic Services Corp
3205 Robincrest Dr
Northbrook, IL 60062-5124

Home Therapy Progrress Ltd
650 Murry Ln Ste 206
Des Plaines, IL 60016-5603

ILLINOIS THERAPEUTIC AND NURSING SERVICE
C/O MARKOFF LAW LLC
29 N WACKER DRIVE SUITE 550
CHICAGO, IL 60606-2851

ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Illinois Dept Employment Security
Chicago Region – Revenue
527 S. Wells Street, Suite 100
Chicago, IL 60607-3962

Illinois Therapeutic & Nursing Serv
6055 n Linclon Ave., Ste 102
Chicago, IL 60659-2435

Impact Networking
25888 Network Place
Chicago, IL 60673-1258

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Marc Realty
55 East Jackson Blvd., Suite 500
Chicago, IL 60604-4396

Mueller & Company
4920 n Central Ave
Ste 1C
Elgin, IL 60123

North America Rehab Services
4920 N Central Ave
Ste 1C
Chicago, IL 60630-2342

Orion Rehab Inc.
c/o Jeffrey Francis
611 S Wells St., Ste 2405
Chicago, IL 60607-4798

Parkway Printing
PO Box 434
Prospect Heights, IL 60070-0434

Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250-7887

Public Storage
2401 Lois Drive
Rolling Meadows, IL 60008-3828

Querubin Rolando
5315 Fox Path Ln.
Hoffman Estates, IL 60192-4547

Sams Club Mastercard
PO Box 960013
Orlando, FL 32896-0013

Shield Healthcare
File 50768
Los Angeles, CA 90074-0001

Speech Masters
5105 Tollview Dr
Ste 106
Rolling Meadows, IL 60008-3724

St. Johns Therapy Services
2301 Cline Ave
Ste 105
Schererville, IN 46375-2570

Staples Business Advantage
Dep 2368
P.O.Box 83689
Chicago, IL 60696-3689

Stericycle
401 Commercial Avenue
Northbrook, IL 60062

Sunshine Therapeutics, Ltd
2141 HabbertonAve.
Park Ridge, IL 60068-1737

Therapeutic Services of America
2625 Butterfield Rd
Oak Brook, IL 60523-1262

United Rehab Providers Home Health
8224 S. Kedzie Avenue
Chicago, IL 60652-3329

3

Universal Rehab
7000 Southwest Ridge
Chicago Ridge, IL 60415-2806

Waterlogic, east, LLC
77 McCullough Drive,
Suite 9
Celoron, NY 14720

Web bank
c/o CAN Capital Asset
Servicing
155 North 400, Suite 315
Salt Lake City, UT 84103-1111

Marc Realty
55 East Jackson Blvd.,
Suite 500
Chicago, IL 60604-4396

Salt Creek, LLC
c/o Allen Glass, Registered
Agent
55 E. Jackson Blvd., Suite 500
Chicago, IL 60604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: ) | Chapter: | 11 |
| ) | | |
| ) | Case No. | 17 B 11377 |
| Gentlepro Home Health Care, Inc., ) | | |
| ) | Judge: | Hon. Janet S. Baer |
| ) | | |
| Debtor. ) | | |

**MOTION FOR FINAL DECREE**

NOW COMES the Debtor, Gentlepro Home Health Care, Inc. ("Debtor"), by and through its counsel Joshua D. Greene and the law firm of Springer Brown, LLC, pursuant to Federal Rule of Bankruptcy Procedure 3022 and requests that the court enter an order closing the bankruptcy case. In support of this Motion, the Debtor states as follows:

**Background**

1. This case was commenced on April 11, 2017 when the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. No trustee has been appointed.

2. The Debtor has continued to manage its business and assets and to administer the affairs of his estate as debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. This is a core proceeding pursuant to one or more sections of 28 U.S.C. §157(b).

4. On April 8, 2018, the court entered an order confirming the Debtor's Amended Plan of Reorganization and approving the adequacy of the Debtor's Disclosure Statement.

5. The Debtor has filed with the court a status report indicating that the Debtor has made all initial payments required under the Plan and is currently executing the confirmed Plan.

5

## Relief Requested

6.     Federal Rule of Bankruptcy Procedure 3022 provides that "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022. The advisory committee comments to Rule 3022 additionally state that "Entry of a final decree closing a chapter 11 case should not be delayed solely because the payments required by the plan have not been completed."

7.     Debtor requests entry of an order closing the bankruptcy case. There are no pending contested matters for the court to resolve and closing the case will allow the estate to save substantial sums on administrative costs, including attorney's fees and quarterly fees.

**WHEREFORE**, the Debtor requests the entry of an order closing the bankruptcy case, and granting such other and further relief as this court deems just and proper.

> Respectfully submitted,
> Gentlepro Home Health Care, Inc.
>
>
> By:  /s/ Joshua D. Greene
>         One of his Attorneys

Joshua D. Greene
**Springer Brown, LLC**
300 South County Farm Rd.
Suite I
Wheaton, Illinois 60187
Phone: (630) 510-0000
Fax: (630) 510-0004
jgreene@springerbrown.com