UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.: 17-11377
Gentlepro Home Health Care, Inc.  )
)   Chapter: 11
)   Honorable Janet S. Baer
)
)
Debtor(s)  )

## ORDER ENTERING FINAL DECREE

This cause coming to be heard on the Motion of Debtor in Possession, Gentlepro Home Health Care, Inc. for entry of a final decree closing the above-referenced bankruptcy proceeding (the "Motion), due written notice of the Motion having been given to all parties entitled thereto, and the court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The bankruptcy case of Gentlepro Home Health Care, Inc., Case No. 17-11377 is closed.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  June 20, 2018

**Prepared by:**

Joshua D. Greene
Springer Brown, LLC
300 South County Farm Rd.
Suite I
Wheaton, IL 60187
(630) 510-0000